# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          CASE NO. 22-20009-DDC-JPO

                                      **FILED UNDER SEAL**

**BENJAMIN DANDURAND,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**TAMPERING WITH A CONSUMER PRODUCT**
**[18 U.S.C. § 1365(a)]**

From on or about July 7, 2020 and continuing to on or about October 23, 2020, the dates being approximate and inclusive, in the District of Kansas, the defendant,

**BENJAMIN DANDURAND**,

with reckless disregard for the risk that another person would be placed in danger of bodily injury, and under circumstances manifesting extreme indifference to such risk, the

1

defendant tampered with consumer products that affected interstate commerce by accessing the controlled substances safe at KU Southlake Pharmacy with his fingerprint, removing at least one bottle containing oxycodone hydrochloride 5 mg/5 mL, which was from a Missouri distributor, removing oxycodone hydrochloride from the bottle, and replacing the oxycodone hydrochloride with an alternate liquid before returning the bottle to the safe.

In violation of Title 18, United States Code, Section 1365(a).

## COUNT 2

### POSSESSION OF TRAMADOL BY DECEPTION AND SUBTERFUGE
### [21 U.S.C. §§ 843(a)(3) and 843(d)]

From on or about September 23, 2020 and continuing until on or about October 23, 2020, the dates being approximate and inclusive, in the District of Kansas, the defendant,

**BENJAMIN DANDURAND,**

knowingly and intentionally acquired and obtained possession of tramadol, a controlled substance, by misrepresentation, deception, and subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and 843(d).

## COUNT 3

### POSSESSION OF ZOLPIDEM BY DECEPTION AND SUBTERFUGE
### [21 U.S.C. §§ 843(a)(3) and 843(d)]

From on or about September 23, 2020 and continuing to on or about October 23, 2020, in the District of Kansas, the defendant,

**BENJAMIN DANDURAND,**

knowingly and intentionally acquired and obtained possession of zolpidem, a controlled substance, by misrepresentation, deception, and subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and 843(d).

## COUNT 4

### POSSESSION OF OXYCODONE HYDROCHLORIDE BY DECEPTION AND SUBTERFUGE
### [21 U.S.C. §§ 843(a)(3) and 843(d)]

From on or about September 23, 2020 and continuing to on or about October 23, 2020, in the District of Kansas, the defendant,

**BENJAMIN DANDURAND,**

knowingly and intentionally acquired and obtained possession of oxycodone hydrochloride, a controlled substance, by misrepresentation, deception, and subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and 843(d).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the offenses set forth in Counts 1-4 of this Indictment, the defendant,

**BENJAMIN DANDURAND,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as

the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

  A. Kansas Pharmacy license 1-15646

A TRUE BILL.

February 9, 2022          s/Foreperson
DATE             FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: */s/ Michelle McFarlane*
MICHELLE MCFARLANE
Special Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: michelle.mcfarlane@usdoj.gov
Ks. S. Ct. No. 26824

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

---

## PENALTIES

### Count 1: Tampering with a Consumer Product, 18 U.S.C. § 1365(a)

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 1365(a).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

- Restitution. 18 U.S.C § 3663A(c)

### Counts 2-4: Obtaining Controlled Substances by Deception and Subterfuge, 21 U.S.C. § 843(a)(3) and (d)

- Punishable by a term of imprisonment of not more than four (4) years. 21 U.S.C. § 843(d)(1).

- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

- Restitution. 18 U.S.C § 3663A(c)